UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
SCHRYVER GUN SALES INC                §       Case No. 12-84686
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

            U.S. Bankruptcy Clerk's Office
            Stanley J. Roszkowski U.S. Courthouse
            327 South Church Street
            Room 1100
            Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/23/2015 in Courtroom 3100,
            U.S. Courthouse
            327 Soiuth Church Street
            Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: /s/ Daniel M. Donahue_____
                                                          Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SCHRYVER GUN SALES INC § Case No. 12-84686
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 42,860.89 |
| and approved disbursements of | $ | 893.55 |
| leaving a balance on hand of[1] | $ | 41,967.34 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,036.09 | $ 0.00 | $ 5,036.09 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 4,847.00 | $ 0.00 | $ 4,847.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 103.74 | $ 0.00 | $ 103.74 |
| Charges: U.S. Bankruptcy Court | $ 700.00 | $ 0.00 | $ 700.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 22.77 | $ 22.77 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 21.76 | $ 21.76 | $ 0.00 |
| Other: Bernard J. Natale, Ltd. | $ 3,366.25 | $ 0.00 | $ 3,366.25 |
| Other: Bernard J. Natale, Ltd. | $ 52.76 | $ 0.00 | $ 52.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,105.84 |
| Remaining Balance | $ | 27,861.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 619,011.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company | $ 193.49 | $ 0.00 | $ 8.71 |
| 000002 | Jerry's Sport Center | $ 37,140.19 | $ 0.00 | $ 1,671.67 |
| 000004 | Ka-Ching Global Sourcing Incorporat | $ 15,809.01 | $ 0.00 | $ 711.56 |
| 000005 | Dr. Keith Ruter | $ 557,368.47 | $ 0.00 | $ 25,086.98 |
| 000007 | RSR Group, Inc | $ 8,500.00 | $ 0.00 | $ 382.58 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 27,861.50 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,549.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Barnes Precision Machine, Inc. | $ 2,549.16 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Schryver Gun Sales, Inc.
    Debtor

Case No. 12-84686-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3   User: kkrystave   Page 1 of 2   Date Rcvd: Sep 02, 2015
    Form ID: pdf006   Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2015.

```
db             +Schryver Gun Sales, Inc.,    POB 416,    Forreston, IL 61030-0416
19824441        Acusport, Inc.,    POB 546015,    Cincinnati, OH 45264-5015
19824442        American Express,    Box 0001,    Los Angeles, CA 90096-8000
19824444        Armament Technology, Inc.,    3045 Robie St., Suite 113,    Halifax NS BCK4P6 Canada
19824445       +Barnes Precision Machine, Inc.,    2276 Farrington Road,    Apex, NC 27523-5625
19824446       +Barrett Firearms Mfg,    POB 1077,    Murfreesboro, TN 37133-1077
19824448        ComEd,    POB 61111,    Carol Stream, IL 60197-6111
19824447        Comcast Cable,    POB 3001,    Southeastern, PA 19398-3001
21261244       +Dr. Keith Ruter,    c/o Holmstrom & Kennedy, P.C.,    800 North Church Street,
                 Rockford, IL 61103-6919
20279481       +Forreston State Bank,    c/o Attorney Craig Willette,    1318 E. State St.,
                 Rockford, IL 61104-2228
19824449       +Forreston State Bank,    202 Main Street,    POB 278,    Forreston, IL 61030-0278
20283611       +Forreston State Bank,,    Yalden, Olsen & Willette,    1318 E State Street,
                 Rockford, IL 61104-2228
19824450        Jerry's Sport Center,    POB 125,    Chapin, SC 29036-0125
19824451       +Ka-Ching Global Sourcing Incorporat,    1440 Sylvan Court,    Freeport, IL 61032-6642
19824454       +Keith Ruter,    510 5th Avenue,    Forreston, IL 61030-9532
19824453        Keith Ruter,    510 5th Avenue,    Freeport, IL 61032
19824456       +Lin and Annette Schryver,    501 West White Oak Road,    Forreston, IL 61030-9710
19824457       +Lipseys LLC,    POB 83280,    Baton Rouge, LA 70884-3280
19824458       +M & A Parts, Inc.,    964 Donata Court,    Lake Zurich, IL 60047-5025
19824460       +RSR Group,    4405 Metic Drive,    Winter Park, FL 32792-6904
23409024       +RSR Group, Inc,    Nancy Peterman,    Greenberg Traurg, LLP,    77 W Wacker Street, Ste 3100,
                 Chicago, IL 60601-4904
23408806       +RSR Group, Inc.,    4405 Metric Dr,    Winter Park, FL 32792-6904
19824461       +Vortex Optics,    2120 W. Greenview Drive,    Middleton, WI 53562-2547
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19824443       +E-mail/Text: hardenk@armalite.com Sep 03 2015 01:29:23     ArmaLite, Inc.,    POB 299,
                 Geneseo, IL 61254-0299
20216406       +E-mail/Text: legalcollections@comed.com Sep 03 2015 01:30:30      Commonwealth Edison Company,
                 Attn: Bankruptcy Section,    3 Lincoln Center, 4th Floor,    Oakbrook Terrace, IL 60181-4204
19824459        E-mail/Text: bankrup@aglresources.com Sep 03 2015 01:28:03      Nicor Gas,    POB 2020,
                 Aurora, IL 60507-2020
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19824452        Keith Chestnut,    411 W. Oregon Street
19824455*       Keith Ruter,    510 5th Avenue,    Freeport, IL 61032
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2015                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2015 at the address(es) listed below:

```
              Bradley T Koch    on behalf of Creditor Keith  Ruter bkoch@holmstromlaw.com,
               knorris@holmstromlaw.com
              Craig A Willette    on behalf of Creditor    Forreston State Bank craigwillette@comcast.net
              Daniel  Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel M Donahue    on behalf of Trustee Daniel M. Donahue ddonahue@mjwpc.com
              Daniel M. Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
              James E Stevens    on behalf of Debtor    Schryver Gun Sales, Inc. jimstevens@bslbv.com
              Jocelyn L Koch    on behalf of Creditor Keith  Ruter jkoch@holmstromlaw.com,
               lhedlund@holmstromlaw.com;knorris@holmstromlaw.com
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 2              Date Rcvd: Sep 02, 2015
                              Form ID: pdf006              Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Julia   Emfinger    on behalf of Defendant    RSR Group emfingerj@gtlaw.com,   chilitdock@gtlaw.com
        Meghan N Bolte    on behalf of Trustee Daniel M. Donahue mmagnuson@bjnatalelaw.com,
         mbolte@bjnatalelaw.com
        Meghan N Bolte    on behalf of Plaintiff Daniel M Donahue mmagnuson@bjnatalelaw.com,
         mbolte@bjnatalelaw.com
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                  TOTAL: 11