UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCHRYVER GUN SALES INC § Case No. 12-84686
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 15,071.12<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 27,861.50 | Claims Discharged<br>Without Payment: 700,403.78 |
| Total Expenses of Administration: 14,999.39 | |

3) Total gross receipts of $ 42,860.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 42,860.89 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 547,059.36 | $ 513,389.11 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 14,999.39 | 14,999.39 | 14,999.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 166,976.74 | 653,382.88 | 621,560.32 | 27,861.50 |
| **TOTAL DISBURSEMENTS** | $ 714,036.10 | $ 1,181,771.38 | $ 636,559.71 | $ 42,860.89 |

4) This case was originally filed under chapter 7 on 12/18/2012 . The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/08/2016              By:/s/DANIEL M. DONAHUE
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refunds | 1229-000 | 1,773.00 |
| Preferences | 1241-000 | 41,087.89 |
| **TOTAL GROSS RECEIPTS** | | **$42,860.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Forreston State Bank 202 Main Street POB 278 Forreston, IL 61030 | | 547,059.36 | NA | NA | 0.00 |
| 000003B | DR. KEITH RUTER | 4110-000 | NA | 513,389.11 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 547,059.36** | **$ 513,389.11** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | 2100-000 | NA | 5,036.09 | 5,036.09 | 5,036.09 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 44.53 | 44.53 | 44.53 |
| BANK OF KANSAS CITY | 2600-000 | NA | 457.91 | 457.91 | 457.91 |
| CONGRESSIONAL BANK | 2600-000 | NA | 391.11 | 391.11 | 391.11 |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | 700.00 | 700.00 | 700.00 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 4,847.00 | 4,847.00 | 4,847.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 103.74 | 103.74 | 103.74 |
| BERNARD J. NATALE, LTD. | 3210-000 | NA | 3,366.25 | 3,366.25 | 3,366.25 |
| BERNARD J. NATALE, LTD. | 3220-000 | NA | 52.76 | 52.76 | 52.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 14,999.39 | $ 14,999.39 | $ 14,999.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acusport, Inc. POB 546015<br>Cincinnati, OH 45264-5015 | | 42,943.50 | NA | NA | 0.00 |
| | American Express Box 0001<br>Los Angeles, CA 90096-8000 | | 11,618.00 | NA | NA | 0.00 |
| | ArmaLite, Inc. POB 299<br>Geneseo, IL 61254 | | 10,385.39 | NA | NA | 0.00 |
| | Armament Technology, Inc.<br>3045 Robie St., Suite 113<br>Halifax NS BCK4P6 Canada | | 4,450.00 | NA | NA | 0.00 |
| | Barrett Firearms Mfg POB<br>1077 Murfreesboro, TN 37133 | | 3,247.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast Cable POB 3001 Southeastern, PA 19398-3001 | | 1,738.00 | NA | NA | 0.00 |
| | Keith Chestnut 411 W. Oregon Street | | 4,309.92 | NA | NA | 0.00 |
| | Lipseys LLC POB 83280 Baton Rouge, LA 70884 | | 10,715.78 | NA | NA | 0.00 |
| | M & A Parts, Inc. 964 Donata Court Lake Zurich, IL 60047 | | 13,821.05 | NA | NA | 0.00 |
| | Nicor Gas POB 2020 Aurora, IL 60507-2020 | | 150.00 | NA | NA | 0.00 |
| | Vortex Optics 2120 W. Greenview Drive Middleton, WI 53562 | | 3,326.32 | NA | NA | 0.00 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | 122.51 | 193.49 | 193.49 | 8.71 |
| 000003A | DR. KEITH RUTER | 7100-000 | NA | 31,822.56 | 0.00 | 0.00 |
| 000005 | DR. KEITH RUTER | 7100-000 | 5,000.00 | 557,368.47 | 557,368.47 | 25,086.98 |
| 000002 | JERRY'S SPORT CENTER | 7100-000 | 19,886.77 | 37,140.19 | 37,140.19 | 1,671.67 |
| 000004 | KA-CHING GLOBAL SOURCING INCORPORAT | 7100-000 | 12,616.41 | 15,809.01 | 15,809.01 | 711.56 |
| 000007 | RSR GROUP, INC | 7100-001 | 20,096.93 | 8,500.00 | 8,500.00 | 382.58 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | BARNES PRECISION MACHINE, INC. | 7200-000 | 2,549.16 | 2,549.16 | 2,549.16 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 166,976.74 | $ 653,382.88 | $ 621,560.32 | $ 27,861.50 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-84686    TML    Judge: THOMAS M. LYNCH | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SCHRYVER GUN SALES INC | Date Filed (f) or Converted (c): | 12/18/12 (f) |
| | | 341(a) Meeting Date: | 01/24/13 |
| For Period Ending: 03/08/16 | | Claims Bar Date: | 11/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 156.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts | 1,197.00 | 0.00 | | 0.00 | FA |
| 4. Firearms and Hobby Equipment | 10,000.00 | 0.00 | | 0.00 | FA |
| 5. Accounts Receivable | 3,518.12 | 0.00 | | 0.00 | FA |
| 6. Office Equipment | 200.00 | 0.00 | | 0.00 | FA |
| 7. Inventory | Unknown | 0.00 | | 0.00 | FA |
| 8. Preferences (u) | Unknown | 41,087.89 | | 41,087.89 | FA |
| 9. Refunds (u) | 0.00 | 1,773.00 | | 1,773.00 | FA |

TOTALS (Excluding Unknown Values)        $15,071.12        $42,860.89        $42,860.89

Gross Value of Remaining Assets        $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/14        Current Projected Date of Final Report (TFR): 09/01/15

LFORM1        Ver: 19.05f

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-84686 -TML | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SCHRYVER GUN SALES INC | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0123 GENERAL CHECKING |
| Taxpayer ID No: | *******4113 | | | |
| For Period Ending: | 03/08/16 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 27,947.01 | | 27,947.01 |
| 10/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 32.15 | 27,914.86 |
| 11/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 40.15 | 27,874.71 |
| 12/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 41.43 | 27,833.28 |
| 01/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 41.36 | 27,791.92 |
| 02/24/15 | 8 | ACUSPORT Corporation<br>One Hunter Place<br>Bellefontaine, OH 43311 | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 6,000.00 | | 33,791.92 |
| 02/27/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 37.79 | 33,754.13 |
| 03/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 50.12 | 33,704.01 |
| 04/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 48.47 | 33,655.54 |
| 05/29/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 50.02 | 33,605.52 |
| 06/11/15 | 8 | RSR GROUP, INC.<br>4405 METRIC DR.<br>WINTER PARK, FL 32792 | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 8,500.00 | | 42,105.52 |
| 06/15/15 | 002001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Chapter 7 Blanket Bond<br>Bond #016018067 | 2300-000 | | 21.76 | 42,083.76 |
| 06/30/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 53.96 | 42,029.80 |
| 07/31/15 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 62.46 | 41,967.34 |
| 09/24/15 | 002002 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 5,036.09 | 36,931.25 |
| 09/24/15 | 002003 | U.S. Bankruptcy Court<br>327 South Church Street<br>Rockford, IL 61101 | Clerk of the Courts Costs (includes | 2700-000 | | 700.00 | 36,231.25 |
| 09/24/15 | 002004 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,847.00 | 31,384.25 |
| 09/24/15 | 002005 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 103.74 | 31,280.51 |
| 09/24/15 | 002006 | Bernard J. Natale, Ltd. | SPECIAL COUNSEL FEES | 3210-000 | | 3,366.25 | 27,914.26 |
| | | | Page Subtotals | | 42,447.01 | 14,532.75 | |

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-84686 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SCHRYVER GUN SALES INC | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0123 GENERAL CHECKING |
| Taxpayer ID No: | *******4113 | | |
| For Period Ending: | 03/08/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/24/15 | 002007 | Bernard J. Natale, Ltd.<br>6833 Stalter Dr.,Ste. 201<br>Rockford, IL 61108 | Attorney for Trustee Expenses (Othe | 3220-000 | | 52.76 | 27,861.50 |
| 09/24/15 | 002008 | Commonwealth Edison Company<br>6833 Stalter Dr., Ste. 201<br>Rockford, IL 61108 | Claim 000001, Payment 4.5% | 7100-000 | | 8.71 | 27,852.79 |
| 09/24/15 | 002009 | Jerry's Sport Center<br>Attn: Bankruptcy Section<br>3 Lincoln Center, 4th Floor<br>Oakbrook Terrace, IL 60181 | Claim 000002, Payment 4.5% | 7100-000 | | 1,671.67 | 26,181.12 |
| 09/24/15 | 002010 | Ka-Ching Global Sourcing Incorporat<br>POB 125<br>Chapin, SC 29036-0125 | Claim 000004, Payment 4.5% | 7100-000 | | 711.56 | 25,469.56 |
| 09/24/15 | 002011 | Dr. Keith Ruter<br>1440 Sylvan Court<br>Freeport, IL 61032 | Claim 000005, Payment 4.5% | 7100-000 | | 25,086.98 | 382.58 |
| * 09/24/15 | 002012 | RSR Group, Inc<br>c/o Holmstrom & Kennedy, P.C.<br>800 North Church Street<br>Rockford, IL 61103 | Claim 000007, Payment 4.5% | 7100-004 | | 382.58 | 0.00 |
| * 02/02/16 | 002012 | RSR Group, Inc<br>Nancy Peterman<br>Greenberg Traurg, LLP<br>77 W Wacker Street, Ste 3100<br>Chicago, IL 60601 | Stop Payment Reversal<br>STOP PAYMENT | 7100-004 | | -382.58 | 382.58 |
| 02/05/16 | 002013 | U.S. BANKRUPTCY COURT<br>Nancy Peterman<br>Greenberg Traurg, LLP<br>77 W Wacker Street, Ste 3100<br>Chicago, IL 60601 | Claim 000007, Payment 4.5% | 7100-001 | | 382.58 | 0.00 |

Page Subtotals 0.00 27,914.26

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-84686 -TML | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SCHRYVER GUN SALES INC | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0123  GENERAL CHECKING |
| Taxpayer ID No: | *******4113 | | |
| For Period Ending: | 03/08/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 327 SOUTH CHURCH STREET<br>ROCKFORD, IL 61101 | Claimant: RSR Group, Inc. | | | | |
| | | | COLUMN TOTALS | | 42,447.01 | 42,447.01 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 27,947.01 | 0.00 | |
| | | | Subtotal | | 14,500.00 | 42,447.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 14,500.00 | 42,447.01 | |

Page Subtotals  0.00  0.00

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-84686 -TML | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SCHRYVER GUN SALES INC | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******1518 GENERAL CHECKING |
| Taxpayer ID No: | *******4113 | | |
| For Period Ending: | 03/08/16 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/13 | 8 | LWRC INTERNATIONAL, LLC<br>815 CHESAPEAKE DR.<br>CAMBRIDGE, MD 21613 | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 9,334.47 | | 9,334.47 |
| 08/23/13 | 9 | WEST BEND MUTUAL INSURANCE COMPAY<br>1900 SOUTH 18TH AVE.<br>WEST BEND, WI 53095 | INSURANCE PREMIUM REFUND | 1229-000 | 1,773.00 | | 11,107.47 |
| 08/28/13 | 8 | JERRY'S SPORTS, INC.<br>POB 125<br>CHAPIN, SC 29036 | RECOVERY OF PREFERENCE SEC. 547 | 1241-000 | 17,253.42 | | 28,360.89 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 10.00 | 28,350.89 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 29.13 | 28,321.76 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 30.07 | 28,291.69 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 29.07 | 28,262.62 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 30.01 | 28,232.61 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 29.98 | 28,202.63 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 27.05 | 28,175.58 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 29.92 | 28,145.66 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 28.92 | 28,116.74 |
| 06/04/14 | 000100 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 22.77 | 28,093.97 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 29.86 | 28,064.11 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 28.84 | 28,035.27 |
| 08/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 29.77 | 28,005.50 |
| 09/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 29.74 | 27,975.76 |
| 10/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 28.75 | 27,947.01 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 27,947.01 | 0.00 |

Page Subtotals 28,360.89 28,360.89

Ver: 19.05f

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Page: 5

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-84686 -TML |
| Case Name: | SCHRYVER GUN SALES INC |
| Taxpayer ID No: | *******4113 |
| For Period Ending: | 03/08/16 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******1518 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 28,360.89 | 28,360.89 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 27,947.01 | |
| | | | Subtotal | | 28,360.89 | 413.88 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 28,360.89 | 413.88 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| GENERAL CHECKING - ********0123 | 14,500.00 | 42,447.01 | 0.00 |
| GENERAL CHECKING - ********1518 | 28,360.89 | 413.88 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 42,860.89 | 42,860.89 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 19.05f

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*